JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KARL GATER,                                              )          Case No.  CV 08-1429-GW (DTB)
                                                         )
                                                         )
                         Petitioner,                     )
                                                         )
                                                         )          **J U D G M E N T**
           vs.                                           )
                                                         )
                                                         )
JAMES TILTON, Director,                                  )
                                                         )
                                                         )
                         Respondent.                     )
                                                         )

       Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 29, 2011

_George H. Wu_

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE